# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2007

132747

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

ALVIN CHARLES WALKER, JR.,
    Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132747
COA: 250006
Oakland CC: 2002-187306-FH

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2007

p0404

_____
Clerk